**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jalesya Lofton, Nicholas Cook a/k/a Nickolous Cook,
Defendants,

Of whom Nicholas Cook a/k/a Nickolous Cook is the
Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2023-000217

———————————

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

———————————

Unpublished Opinion No. 2023-UP-340
Submitted October 19, 2023 – Filed October 20, 2023

———————————

**AFFIRMED**

———————————

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail,
Jr., of Greenville, for Appellant.

Amanda Stiles, of South Carolina Department of Social
Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

———————

**PER CURIAM:**  Nicholas Cook appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Cook's counsel.

**AFFIRMED.**[1]

**MCDONALD and VINSON, JJ., and BROMELL HOLMES, A.J., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.